**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE R. WASHINGTON, | No. CV 09-1202-TJH(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA SANDERS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, for lack of jurisdiction.

DATED: JANUARY 4, 2010

_____
TERRY J. HATTER, JR.
United States District Judge